Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTORIA ANN FLENNER, | CASE NO. 2:12-CV-00897-KJN |
| Plaintiff, | **STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of March 1, 2013, by thirty days, to the new response date of April 1, 2013, and that Defendant's brief will be due May 1, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: March 1, 2013

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>United States Attorney<br>GRACE KIM<br>Regional Chief Counsel, Region IX |
| /s/ Ann M. Cerney<br>ANN M. CERNEY,<br>Attorney for Plaintiff | /s/ Carolyn B. Chen<br>CAROLYN B. CHEN,<br>(As authorized via E-mail on 3/1/13)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| VICTORIA ANN FLENNER,<br>           Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>           Defendant.<br>_____/ | CASE NO. 2:12-CV-00897-KJN<br><br>[proposed] **ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

However, the undersigned notes that plaintiff filed this stipulation (the "Stipulation") on March 1, 2013, the same day as plaintiff's deadline to file her Motion for Summary Judgment. (Dkt. No. 4 ¶ 3.) Disconcertingly, plaintiff waited until a filing deadline before asking the court to extend that same deadline. E.D. Cal. L.R. 144(d) ("Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."). Further, the events giving rise to the requested extension are workload-related, namely, plaintiff's counsel's "heavy briefing schedule." This workload-related hurdle was presumably apparent to plaintiff's counsel before the filing deadline, and counsel offers no

explanation regarding the delay in seeking the court's approval of the extension.  Future requests for extension suffering from similar deficiencies may not be approved.  The undersigned nonetheless approves this stipulated extension.

        Plaintiff shall file her Motion For Summary Judgment on or before April 1, 2013.

        IT IS SO ORDERED.

DATED:  March 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE