Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA ANN FLENNER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br> Acting Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. 2:12-CV-00897-KJN<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of March 1, 2013, by thirty days, to the new response date of April 1, 2013, and that Defendant's brief will be due May 1, 2013.  This extension is requested because Plaintiff has a particularly heavy briefing schedule this month.

DATED: March 1, 2013

　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　GRACE KIM
　　　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*　　　　　　　　　　　　*/s/ Carolyn B. Chen*
ANN M. CERNEY,　　　　　　　　　　　　CAROLYN B. CHEN,
Attorney for Plaintiff　　　　　　　　　　　　(As authorized via E-mail on 3/1/13)
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U S Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

---

1

STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

Case 2:12-cv-00897-KJN   Document 14   Filed 03/15/13   Page 2 of 3

1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
5  Attorney for Plaintiff
6
7
8  **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
9  —o0o—
10 VICTORIA ANN FLENNER,            CASE NO.  2:12-CV-00897-KJN
          Plaintiff,
11                                   [proposed] **ORDER EXTENDING**
   vs.                               **PLAINTIFF'S TIME TO FILE A MOTION**
12                                   **FOR SUMMARY JUDGMENT**
   CAROLYN W. COLVIN,
13 Acting Commissioner of Social Security,
          Defendant.
14 _____/

15         Pursuant to the stipulation of the parties showing good cause for a requested first

16 extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

17 APPROVED.

18         However, the undersigned notes that plaintiff filed this stipulation (the

19 "Stipulation") on March 1, 2013, the same day as plaintiff's deadline to file her Motion for

20 Summary Judgment. (Dkt. No. 4 ¶ 3.) Disconcertingly, plaintiff waited until a filing deadline

21 before asking the court to extend that same deadline. E.D. Cal. L.R. 144(d) ("Counsel shall seek

22 to obtain a necessary extension from the Court or from other counsel or parties in an action as

23 soon as the need for an extension becomes apparent. Requests for Court-approved extensions

24 brought on the required filing date for the pleading or other document are looked upon with

25 disfavor."). Further, the events giving rise to the requested extension are workload-related,

26 namely, plaintiff's counsel's "heavy briefing schedule." This workload-related hurdle was

27 presumably apparent to plaintiff's counsel before the filing deadline, and counsel offers no

28

2
STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  explanation regarding the delay in seeking the court's approval of the extension.  Future requests
2  for extension suffering from similar deficiencies may not be approved.  The undersigned
3  nonetheless approves this stipulated extension.
4      Plaintiff shall file her Motion For Summary Judgment on or before April 1, 2013.
5      IT IS SO ORDERED.
6  DATED:  March 14, 2013

        _____
        KENDALL J. NEWMAN
        UNITED STATES MAGISTRATE JUDGE